# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SPRINT NEXTEL CORP., *et al.*,

    Plaintiffs,

vs.

ACE WHOLESALE, INC., *et al.*,

    Defendants.

Case No. 2:15-cv-00569-JCM-CWH

**ORDER**

    Before the Court is Plaintiffs' unopposed motion to compel (doc. # 1), filed March 25, 2015.

    In its motion, Plaintiffs ask the Court to compel a third party, Mobile Planet (HK) Ltd. ("Mobile Planet"), to comply with a subpoena to produce documents and to appear for a deposition, pursuant to Federal Rule of Civil Procedure 45.

    Because it is unclear to this Court whether Plaintiffs properly served the instant motion on Mobile Planet, a corporation located in Hong Kong, and/or Jignesh Gohil, purportedly a principal of Mobile Planet, who was in this district for a period of time, the Court denies the instant motion without prejudice.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' unopposed motion to compel (doc. # 1) is **denied without prejudice**.

    DATED: May 6, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**